# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS W. GRAVER, : No. 3:13cv1811
    Plaintiff :
: (Judge Munley)
  v. :
:
CAROLYN W. COLVIN, :
Acting Commissioner :
Of Social Security Administration, :
    Defendant :

## ORDER

**AND NOW**, to wit, this 1st day of May 2014, the plaintiff's appeal is hereby **GRANTED** to the extent that the Clerk of Court is directed to remand this case to the Commissioner of the Social Security Administration. Upon remand, the Commissioner should consider the evidence discussed in the accompanying memorandum, and take whatever other action she deems appropriate.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**

                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**